AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Rohan Spicer | ) | Case No.  13-8115-WM |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED by _____ D.C.

FEB 2 8 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 27, 2013  in the county of  Palm Beach  in the  Southern  District of  Florida , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 31 U.S.C. § 5332 | Bulk cash smuggling. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DANIEL RICHICHI, SPECIAL AGENT HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  02/28/2013

_____
*Judge's signature*

City and state:  West Palm Beach, Florida

William Matthewman, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Daniel P. Richichi, after being duly sworn, declare as follows:

### A. Introduction and Agent Background

1. I am a Special Agent with the United States Department of Homeland Security / Immigration and Customs Enforcement, Homeland Security Investigations ("HSI") in West Palm Beach, Florida. I have been employed as an HSI Special Agent since December 2008, and my duties and responsibilities include conducting customs and immigration related investigations. Prior to becoming a Special Agent, I was employed as an Officer with the United States Department of Homeland Security / United States Customs and Border Protection for approximately five and a half years and during that time, I conducted numerous criminal investigations involving immigration violations and immigration document and benefit fraud.

2. The statements contained in this affidavit are based upon personal knowledge, as well as information provided by other HSI special agents, U.S. Customs and Border Protection (hereinafter CBP) Air and Marine Operations (hereinafter OAM) agents and a Tequesta Police Department (hereinafter referred to as TPD) officer, Palm Beach County Sheriff's Office (hereinafter PBSO) deputies, and CBP Office of Field Operations (hereinafter OFO) officers  I have not included in this Affidavit each and every fact and circumstance known, but only the facts and circumstances that I believe are sufficient to establish probable cause that Rohan Spicer committed bulk cash smuggling, in violation of Title 31, United States Code Section 5332.

### B. Facts

3. On February 25, 2013, OFO West Palm Beach notified HSI special agent (SA) Dan Richichi of the arrival of ROHAN SPICER, after he arrived at the Port of Palm Beach to report his arrival from the Bahamas via private vessel. Subsequently, HSI special agents responded to the Port of Palm Beach, initiated a surveillance of ROHAN SPICER, and observed the subject return to the vessel upon which he arrived into the U.S. from the Bahamas.

4. HSI special agents observed ROHAN SPICER securing a boat slip at the Riviera Beach Marina for a 26-foot pleasure craft bearing Grand Bahamas registration GB 02354. HSI discovered that ROHAN SPICER paid for two days dockage and advised marina personnel that he would be departing the morning of February 27, 2013.

5. On February 26, 2013, HSI, assisted by PBSO and TPD personnel, maintained surveillance on the vessel and observed ROHAN SPICER return to the Riviera Beach Marina on two separate occasions to load items onto the vessel. Surveillance was maintained on the vessel throughout the evening and into the morning hours of February 27, 2013.

6. On February 27, 2013 at approximately 0655 hours, ROHAN SPICER was observed returning to the Riviera Beach Marina where he remained for ten minutes and then departed without going to the vessel. At approximately 0730 hours, ROHAN SPICER returned to the marina and moved the vessel to a seawall adjacent to the parking lot. HSI agents observed ROHAN SPICER transfer items from the rear of his sport utility vehicle (SUV), a 2005 Infiniti QX-56, onto the vessel.

7. At 0755 hours, ROHAN SPICER departed the marina and drove to the OFO offices located at the Port of Palm Beach. At 0800 hours, ROHAN SPICER met

with OFO officers to complete a U.S. Customs and Border Protection Vessel Entrance or Clearance Statement. ROHAN SPICER made a cargo description statement of household goods/speakers on the U.S. Customs and Border Protection Vessel Entrance or Clearance Statement.

8. At 0825 hours, ROHAN SPICER returned to the marina, parked his SUV, boarded the vessel and began to transit in the Intracoastal Waterway towards the Palm Beach Inlet and international waters. OAM and PBSO maintained a visual of the vessel and positioned marine assets offshore to interdict ROHAN SPICER after he committed to an eastbound course into U.S. Territorial waters towards the Bahamas.

9. At approximately 0900 hours, OAM and PBSO personnel and assets interdicted and boarded the target vessel approximately 6 NM East of the Palm Beach Inlet. ROHAN SPICER advised the OAM personnel that he was enroute to Freeport, Grand Bahamas and that he was in possession of approximately $20,000.00 in U.S. currency that he failed to declare to OFO officers one hour earlier at the Port of Palm Beach. Subsequently, ROHAN SPICER and the Grand Bahamas registered vessel were escorted to the PBSO marine office located inside the Palm Beach Inlet.

10. A U.S. Customs border search of the vessel and cargo by HSI, assisted by OFO, OAM, PBSO narcotics and currency K-9's and TPD, a positive K-9 alert, positive OFO x-ray, lead to the discovery and seizure of a large quantity of cash, estimated to be $1.2 million, packaged in $50,000 bundles of various dominations concealed within merchandise, stereo speakers, and luggage discovered aboard the vessel.

11. ROHAN SPICER made a post Miranda statement that he was offered $50,000 to transport a large quantity of currency, concealed within merchandise, from the U.S. to the Bahamas.

12. Based upon the conduct described herein, there is probable cause to believe that ROHAN SPICER violated Title 31, United States Code, Section 5332; Bulk Cash Smuggling, with intent to evade the reporting requirements and knowingly conceal in a conveyance, in luggage, in merchandise and transport or transfer more than $10,000 in currency or other monetary instruments into or out of the United States.

FURTHER AFFIANT SAYETH NAUGHT

Daniel P. Richichi, Special Agent
Homeland Security Investigations

Sworn to before me this 28th day of February 2013

THE HONORABLE WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** ROHAN SPICER

**Case No.:** 13-8115-WM

Count #: 1

Bulk cash smuggling.

31 U.S.C. § 5332

**\* Max.Penalty**: 5 years imprisonment; 3 years supervised release; $250,000 fine.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 13-8115-WM

### BOND RECOMMENDATION

DEFENDANT: ROHAN SPICER

PRE-TRIAL DETENTION
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Stephanie Evans*
AUSA: Stephanie D. Evans

Last Known Address: _____

What Facility: _____

Agent(s): DANIEL RICHICHI
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)
HSI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 13-8115-WM

UNITED STATES OF AMERICA

vs.

ROHAN SPICER,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  __X__ No

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

BY: *Stephanie Evans*
        Stephanie D. Evans
        Assistant United States Attorney
        Florida Bar No. 255180
        500 S. Australian Avenue, Suite 400
        West Palm Beach, FL 33401
        TEL: (561) 820-8711
        FAX: (561) 805-9846